UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OTIS DRAVEN STONE COFIELD | CIVIL ACTION |
| VERSUS | NO. 26-248 |
| TERREBONNE PARISH SHERIFF'S OFFICE, ET AL. | SECTION M (3) |

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of plaintiff to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that Otis Draven Stone Cofield's § 1983 claims against the Terrebonne Parish Sheriff's Office, Sheriff Timothy Soignet, and Warden Rhonda Ledet are DISMISSED WITH PREJUDICE as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 25th day of March, 2026.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 6.